UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REDELL SEDAT IRVING,

        Plaintiff,

v.                                               Case No. 12-10032
                                               Honorable Julian Abele Cook, Jr.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

ORDER

      This case involves a complaint by the Plaintiff, Redell Sedat Irving, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). The parties thereafter filed motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, both of which were forwarded by the Court to Magistrate Judge Mona K. Majzoub for evaluation. In a report on January 29, 2013, the Magistrate Judge recommended that this Court (1) grant the Commissioner's motion for summary judgment; (2) deny Irvings's motion for summary judgment; and (3) dismiss Irving's complaint. As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

1

IT IS SO ORDERED.

Date: March 6, 2013                                              s/Julian Abele Cook, Jr.
                                                                 JULIAN ABELE COOK, JR.
                                                                 U.S. District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 6, 2013.

                                                                                                                 s/ Kay Doaks
                                                                                                          Case Manager